UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

IN RE WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION

: 21 MC 102 (AKH)
:
: This order relates to:
:
: 07 Civ. 1483 (AKH)
: 07 Civ. 317 (AKH)
: 06 Civ. 5345 (AKH)
: 06 Civ. 2891 (AKH)
: 05 Civ. 6240 (AKH)

------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

### STIPULATION AND ORDER

By papers dated August 1, 2007, the parties to the five individual actions listed above stipulate that each claim, cross-claim, and counter-claim asserted by and against defendant RJ LEE GROUP, INC., only, shall be and hereby are discontinued without prejudice and without costs to any party.

The parties further stipulate and agree that should evidence be discovered throughout the course of the litigation that determines that RJ LEE GROUP, INC. is a proper party to this suit, that plaintiffs may reinstitute the action without regard to the applicable statute of limitations, assuing the original action was timely commenced.

The stipulations are SO ORDERED.

Dated:   August ___, 2007
         New York, New York

                                              _____
                                              ALVIN K. HELLERSTEIN
                                              United States District Judge